23322.   MCWHORTER *v.* STEIN, administratrix.

GUERRY, J.   The sustaining of a certiorari and granting of a new trial for the first time, where the verdict is not demanded by the evidence, will not be disturbed by this court. *Shirley* v. *Swafford,* 119 *Ga.* 43 (45 S. E. 722); *Gresham* v. *Lee,* 28 *Ga. App.* 576 (112 S. E. 524); *Cox* v.

*Grady,* 132 *Ga.* 368 (64 S. E. 262); *Smith* v. *Williamson,* 43 *Ga. App.* 702 (159 S. E. 912); *Murray* v. *Stribling,* 28 *Ga. App.* 211 (110 S. E. 761); *Nickajack Milling Co.* v. *International Vegetable Oil Co.,* 26 *Ga. App.* 473 (106 S. E. 300).

Judgment affirmed. *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 11, 1933.

*Thomas E. Scott,* for plaintiff in error.
*Bryan, Middlebrooks & Carter, John A. Dunaway,* contra.